UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 1:06-CR-60-HAB-SLC-5 |
| ENEDEO RODRIGUEZ, JR. | |

## OPINION AND ORDER

Defendant Enedeo Rodriguez, Jr. ("Rodriguez") has made two filings requesting that this Court send him the docket for his case so he can gain knowledge on his federal probation matter. (ECF 413, 414). He styled one of those filings as a motion. (ECF 413).

Such a motion is not necessary because Rodriguez sent a letter to the Clerk of Court making the same request. (ECF 414). But to receive the printed docket—minus the sealed and restricted entries—he will need to pay the appropriate fee. Because the printed docket is 20 pages long and the cost is $0.50 per page, that fee would be $10. Once Rodriguez pays the fee to the Clerk, the docket can be provided to him.

Because the Court cannot send Rodriguez the docket record before the Clerk receives payment, and a separate request is pending due to his letter (ECF 414), his Motion for Docket Record (ECF 413) is DENIED AS MOOT. This denial shall not be construed to prevent Rodriguez from receiving the docket record if he pays the $10 fee.

**SO ORDERED** on January 29, 2026.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY

UNITED STATES DISTRICT COURT