**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 1:06-CR-60-HAB-SLC-5 |
| ENEDEO RODRIGUEZ, JR. | |

**OPINION AND ORDER**

Defendant Enedeo Rodriguez, Jr. ("Rodriguez"), an inmate in the custody of the Indiana Department of Corrections, previously requested that this Court send him the docket record for his case so he can gain clarity on the status of his federal supervised release.[1] (ECF 413, 414). The Clerk sent him the docket as he requested after he paid the appropriate fee. (ECF 417). Rodriguez now moves that the Court send him six docket entries that he wishes to see so he can gain further clarity on his supervised release status. (ECF 418). He has specifically requested docket entries 402, 403, 407, 408, 409, 410. (*Id.*, at 3).

After Rodriguez filed his motion, the United States Probation Office confirmed that Rodriguez was discharged from his term of supervised release on July 27, 2018. (ECF 419). The government had filed a petition to revoke Rodriguez's supervised release in 2016. (ECF 402). But Rodriguez is now serving a lengthy sentence for several state convictions. (ECF 407). Seeing further federal supervision to be unnecessary as a result, the government moved to dismiss its petition. (*Id.*). Judge Theresa Springmann, then presiding over the case, granted the motion. (ECF

---

[1] Rodriguez refers to federal "probation" in his filings. (ECF 413, 418). The Court assumes Rodriguez means supervised release because his original federal sentence included five years of supervised release, but no term of probation. (ECF 285).

408). Rodriguez's supervision was promptly terminated. (ECF 410). The outstanding arrest warrant for Rodriguez was returned unexecuted, but only because the revocation petition had been dismissed. (ECF 410, 411).

There are no outstanding issues related to Rodriguez's case in this Court. His term of supervised release expired years ago and there are no matters left to address. Because Rodriguez has obtained the resolution he sought, his motion (ECF 418) is DENIED AS MOOT.

**SO ORDERED** on April 9, 2026.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT

2